UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BENYAMINI,<br><br>        Plaintiff,<br><br>    v.<br><br>STOOVER,<br><br>        Defendant. | Case No. 18-03645 EJD (PR)<br><br>**ORDER OF DISMISSAL** |

On June 19, 2018, Plaintiff, a state prisoner proceeding pro se, filed a motion which the Court construed as a civil rights action pursuant to 42 U.S.C. § 1983. On the same day, the Clerk sent Plaintiff a notice that he needed to either pay the filing fee or file an In Forma Pauperis ("IFP") Application within twenty-eight days or face dismissal of the action. (Docket No. 2.) On July 5, 2018, the notice sent to Plaintiff was returned to the Court as undeliverable because Plaintiff was no longer in custody. (Docket No. 3.) To date, Plaintiff has not provided the Court with a new address and has had no further communication with the Court.

Pursuant to Northern District Local Rule 3-11, a party proceeding pro se must promptly file a notice of change of address while an action is pending. See L.R. 3-11(a). The Court may, without prejudice, dismiss a complaint when: (1) mail directed to the pro

se party by the Court has been returned to the Court as not deliverable, and (2) the Court fails to receive within sixty days of this return a written communication from the pro se party indicating a current address. See L.R. 3-11(b).

More than sixty days have passed since the mail addressed to Plaintiff was returned as undeliverable. The Court has not received a notice from Plaintiff regarding a new address. Accordingly, the instant civil rights action is **DISMISSED** without prejudice pursuant to Rule 3-11 of the Northern District Local Rules.

The Clerk shall terminate any pending motions.

**IT IS SO ORDERED.**

Dated: 9/10/2018

EDWARD J. DAVILA
United States District Judge

Order of Dismissal
PRO-SE\EJD\CR.18\03645Benyamini_dis-LR3